IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 16 PM 3:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

| | |
|---|---|
| JACQUELINE HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:05-cv-2121-Dv |
| vs. | ) |
| | ) |
| FEDERAL EXPRESS CORPORATION | ) |
| and FEDERAL EXPRESS CORPORATE | ) |
| SERVICES | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER COMPLAINT

This matter is before the Court on Defendants' motion for an Order extending the time for Defendants to file an Answer in this cause or otherwise respond to the Complaint by an additional thirty (30) days. Plaintiff does not object to the requested relief. Based on the foregoing, the Court is persuaded that the Motion is well-taken and should be granted. It is therefore ORDERED, DECREED, and ADJUDGED that Defendants shall have up to and including June 1, 2005 in which to file an Answer in this cause or otherwise respond to the Complaint.

SO ORDERED this the 16th day of May 2005.

_____
Honorable ~~Bernice B. Donald~~ Diane K. Vescovo
United States ~~District Court~~ Magistrate Judge



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02121 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT