FILED BY ___ D.C.

05 AUG 16 PM 12: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**JACQUELINE HENDERSON,**

    Plaintiff,

v.

**FEDERAL EXPRESS CORPORATION, et al.,**

    Defendants.

Case No.: 05-2121 D

---

## ORDER REGARDING MOTION TO DISMISS

---

Before the court is the Motion to Dismiss (Docket #7) filed by Federal Express Corporate Service. Pursuant to the Stipulation of Dismissal (Docket #11), the motion is GRANTED.

**IT IS SO ORDERED** this _15th_ day of _August_, 2005.

                                                BERNICE BOUIE DONALD
                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-18-05_

/3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02121 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT