IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 17 AM 11: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JACQUELINE HENDERSON, | ) |
| Plaintiff, | ) |
| | ) No. 2:05-cv-2121 D An |
| vs. | ) |
| FEDERAL EXPRESS CORPORATION and FEDERAL EXPRESS CORPORATE SERVICES | ) |
| Defendants. | ) |

## JOINT ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005. Present were James King, counsel for Plaintiff, and Mary H. Beard, counsel for Defendant Federal Express Corporation. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): The parties will exchange Rule 26 (a)(1) Initial Disclosures on September 26, 2005.

JOINING PARTIES: October 24, 2005

AMENDING PLEADINGS: October 24, 2005

INTIAL MOTIONS TO DISMISS: November 23, 2005

COMPLETING ALL DISCOVERY: April 24, 2006

    (a) DOCUMENT PRODUCTION: April 24, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: April 24, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

14

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 24, 2006

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: March 24, 2006

        (3) EXPERT WITNESS DEPOSTIONS: April 24, 2006

FILING DISPOSITIVE MOTIONS: June 20, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motion to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

The case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60 shall be accompanies by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
HONORABLE DIANE K. VESCOVO
UNITED STATE MAGISTRATE JUDGE

DATE: August 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02121 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Michael E. Gabel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg B, 2nd Floor
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT